**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* ________ Chapter 7

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**Suuna Life, Inc.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**DBA Extreme Health USA**
**DBA Extended Health**

**3. Debtor's federal Employer Identification Number** (EIN)

**27-0950805**

**4. Debtor's address**

**Principal place of business**

**1249 Boulevard Way**
**Walnut Creek, CA 94595**
Number, Street, City, State & ZIP Code

**Contra Costa**
County

**Mailing address, if different from principal place of business**

**25A Crescent Dr. #306**
**Pleasant Hill, CA 94523**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**1971 Airway Drive Hollister, CA 95023**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**www.extremehealthusa.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ________

Case: 17-41362 Doc# 1 Filed: 05/23/17 Entered: 05/23/17 23:34:45 Page 1 of 38

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4461**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 23, 2017**
MM / DD / YYYY

*X* **/s/ Jeem Sirivar**
Signature of authorized representative of debtor

**Jeem Sirivar**
Printed name

Title **President**

**18. Signature of attorney**

*X* **/s/ Stephen D. Finestone**
Signature of attorney for debtor

Date **May 23, 2017**
MM / DD / YYYY

**Stephen D. Finestone**
Printed name

**Finestone Hayes LLP**
Firm name

**456 Montgomery St., 20th Floor**
**San Francisco, CA 94104**
Number, Street, City, State & ZIP Code

Contact phone **415 421-2624**

Email address **sfinestone@fhlawllp.com**

**125675**
Bar number and State

| Fill in this information to identify the case: |
|---|
| Debtor name **Suuna Life, Inc.** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 23, 2017**

X **/s/ Jeem Sirivar**
Signature of individual signing on behalf of debtor

**Jeem Sirivar**
Printed name

**President**
Position or relationship to debtor



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Suuna Life, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*.................... | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*.................... | $ | **53,546.00** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*.................... | $ | **53,546.00** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... | $ | **50,110.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................... | $ | **1,109.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... | +$ | **1,046,532.00** |
| 4. **Total liabilities** .................... Lines 2 + 3a + 3b | $ | **1,097,751.00** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Suuna Life, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **funds on account - Redwood Credit Union** | **checking** | | **$2,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$2,000.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. **deposit for business premises lease**
**RCI Properties - Attention Brad Smith**
**3380 Vincent Road, Sute HU8**
**Pleasant Hill, CA 94523** **$4,000.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

9. **Total of Part 2.** **$4,000.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **40,346.00** | - | **0.00** | = .... | **$40,346.00** |

12. **Total of Part 3.** **$40,346.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**office furnishings and equipment** | **Unknown** | **Liquidation** | **$1,700.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. **$1,700.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **machinery located on business premises** | **$0.00** | **Liquidation** | **$1,500.00** |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$1,500.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Unused net operating losses - total carried over to 2017 is $753,826** | Tax year | **Unknown** |
| 73. **Interests in insurance policies or annuities**<br>**possible refund on insurance premium** | | **$1,000.00** |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. **Trusts, equitable or future interests in property** | | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**warehouse shelving, racks, tables and miscelleanous items** | | **$3,000.00** |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. **$4,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$2,000.00** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$4,000.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$40,346.00** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,700.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,500.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........................................................> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* + | **$4,000.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$53,546.00** | + 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$53,546.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Suuna Life, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** — Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Redwood Credit Union**
Creditor's Name

**Attn: Kristina Armstrong**
**3033 Cleveland Ave.**
**Santa Rosa, CA 95403**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**accounts receivable, funds on account and inventory - value of collateral is an estimate**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$48,110.00** Column B: **$45,000.00**

**2.2 Redwood Credit Union**
Creditor's Name

**Attn: Kristina Armstrong**
**3033 Cleveland Ave.**
**Santa Rosa, CA 95403**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**funds on account - Redwood Credit Union - checking**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$2,000.00** Column B: **$2,000.00**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$50,110.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Suuna Life, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**State of California**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-5000**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$1,109.00** | **$1,109.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7316**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**notice only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com 52896 Best Case Bankruptcy

Case: 17-41362 Doc# 1 Filed: 05/23/17 Entered: 05/23/17 23:34:45 Page 14 of 38

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State Board of Equalization**
**State of California**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**Annette and Tessa Bair**
**2 Red Oak Crescent**
**Shanty Bay, Ontario, L0L 2L0**
**CANADA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$110,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Loan**
Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**Bank of America**
**P.O. Box 15019**
**Wilmington, DE 19886**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,379.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**Bloomer Chocolate**
**P.O. Box 848153**
**Los Angeles, CA 90084**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$17,280.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **business debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**Brian Ricci**
**5151 Chelterham Terrace**
**San Diego, CA 92130**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$75,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Loan**
Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
**Cardmember Services**
**Chase Bank**
**P.O. Box 94014**
**Palatine, IL 60094-4014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$36,423.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **business debt**
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.6 | **Chase Bank**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: business debt<br>Is the claim subject to offset? ■ No ☐ Yes | $14,036.00 |
| 3.7 | **David Bremer**<br>**Monty White LLP**<br>**1000 Fourth St., #425**<br>**San Rafael, CA 94901**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: notice only<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.8 | **DLS Worldwide**<br>**RR Donnelley Logistics**<br>**P.O. Box 932721**<br>**Cleveland, OH 44193**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,100.00 |
| 3.9 | **Elan Financial**<br>**Cardmember Service**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: business debt<br>Is the claim subject to offset? ■ No ☐ Yes | $16,752.00 |
| 3.10 | **Epic Natural Sales**<br>**65 Sea Cliff Ave., Ste. 2**<br>**Glen Cove, NY 11542**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | $3,000.00 |
| 3.11 | **Grass Roots Marketing**<br>**1514 Canal St.**<br>**Springfield, OR 97477**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: business debt<br>Is the claim subject to offset? ■ No ☐ Yes | $600.00 |
| 3.12 | **Jeem Sirivar**<br>**25A Crescent Dr., #306**<br>**Pleasant Hill, CA 94523**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Loan<br>Is the claim subject to offset? ■ No ☐ Yes | $70,094.00 |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.13 **Nonpriority creditor's name and mailing address**
**Junior Sirivar**
**85 Boston Ave.**
**Toronto, Ontario M4M 2T8**
**CANADA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$271,255.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**Kevin Williams**
**39 Jarvis, #808**
**Toronto, Ontarios M5E 1Z5**
**CANADA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**NP Nutra**
**15161-15171 S. Figueroa St.**
**Gardena, CA 90248**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,529.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Pure Earth Trading**
**P.O. Box 301057**
**Austin, TX 78703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,838.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** business debt
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**QAL, Inc.**
**9191 Towne Centre Dr.**
**Suite 200**
**San Diego, CA 92122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$462.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** business debt
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
**RCI Properties - Attn: Brad Smith**
**P.O. Box 5127**
**Walnut Creek, CA 94596**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** commercial landlord
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
**Rich Nature Nutraceutical Labs, Inc.**
**9700 Harbour Place, Ste. 128**
**Mukilteo, WA 98275**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$57,910.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** business debt
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Shelly and Douglas Bair**<br>**2447 Castlebrook Road**<br>**Oakville, Ontario L6M**<br>**CANADA**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Loan<br>Is the claim subject to offset? ■ No ☐ Yes | **$65,000.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Specialty Commodities, Inc.**<br>**P.O. Box 3628**<br>**Carol Stream, IL 60132-3628**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,486.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Spins LLC**<br>**222 W. Hubbard St., Ste. 300**<br>**Chicago, IL 60654**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,305.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Sunshine Specialities**<br>**35 Rosy Finch Lane**<br>**Aliso Viejo, CA 92656**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Superb Packaging, Inc.**<br>**8 Frankfurt Rd., Unit 101**<br>**Monroe, NY 10950**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,930.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Tradin Organics USA, Inc.**<br>**100 Enterprise Wauy, Ste. B101**<br>**Scotts Valley, CA 95066**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** business debts<br>Is the claim subject to offset? ■ No ☐ Yes | **$67,650.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**True Foods Marketing**<br>**472 Ronsheimer Rd.**<br>**Penngrove, CA 94951**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,400.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.27 **Nonpriority creditor's name and mailing address**
**U.S. Bank**
**Attn: Brenda J. O'Toole**
**1310 Madrid St.**
**Marshall, MN 56258**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$40,671.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** equipment lease
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
**Uline**
**12575 Uline Dr.**
**Pleasant Prairie, WI 53158**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,038.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** business debt
Is the claim subject to offset? ■ No ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
**Wendy Sirivar**
**25A Crescent Dr. # 306**
**Pleasant Hill, CA 94523**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$84,394.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ABC Omega, Inc**<br>**Attn: Leisha O'Sullivan**<br>**500 Seneca St., #400**<br>**Buffalo, NY 14204** | Line 3.15<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Atradius Collections, Inc.**<br>**Attn: Kim Groberski**<br>**3500 Lacey Road, Ste. 220**<br>**Downers Grove, IL 60515** | Line 3.25<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Commercial Collections**<br>**500 Virginia Dr. #514**<br>**Fort Washington, PA 19034** | Line 3.3<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **National Collections**<br>**Attn: Larry Klein**<br>**1699 Woodfield Rd.**<br>**Schaumburg, IL 60173** | Line 3.28<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Steven A. Booska**<br>**P.O. Box 194650**<br>**San Francisco, CA 94119** | Line 3.19<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **1,109.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | |
|---|---|---|
| **5b. Total claims from Part 2** | 5b. **+** $ | **1,046,532.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **1,047,641.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Suuna Life, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Contract to purchase raw materials over a period of years** | **Tradin Organics USA, Inc.**<br>**100 Enterprise Wauy, Ste. B-101**<br>**Scotts Valley, CA 95066** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **lease for machinery, xray, commercial printer** | **U.S. Bank**<br>**Attn: Brenda J. O'Toole**<br>**1310 Madrid St.**<br>**Marshall, MN 56258** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Lease for warehouse $4,615 per month through 2019** | **Walnut Creek Land Company**<br>**609 La Vista Road**<br>**Walnut Creek, CA 94598** |
| State the term remaining | **through 2019** | |
| List the contract number of any government contract | | |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Suuna Life, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jeem Sirivar** | **25A Crescent Dr., #306**<br>**Pleasant Hill, CA 94523** | **U.S. Bank** | ☐ D ____<br>■ E/F **3.27**<br>☐ G ____ |
| 2.2 | **Jeem Sirivar** | **25A Crescent Dr., #306**<br>**Pleasant Hill, CA 94523** | **Redwood Credit Union** | ■ D **2.1**<br>☐ E/F ____<br>☐ G ____ |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Suuna Life, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$225,223.00** |
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$1,148,680.00** |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$1,360,833.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Redwood Credit Union Attn: Kristina Armstrong 3033 Cleveland Ave. Santa Rosa, CA 95403** | **May 8, 2017 May 2, 2017** | **$7,344.00** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.2. **Redwood Credit Union Attn: Kristina Armstrong 3033 Cleveland Ave. Santa Rosa, CA 95403** | **April 2 and 7, 2017** | **$15,549.00** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.3. **Redwood Credit Union Attn: Kristina Armstrong 3033 Cleveland Ave. Santa Rosa, CA 95403** | **March 8, 2017** | **$50,000.00** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Wendy Sirivar 25A Crescent Dr. # 306 Pleasant Hill, CA 94523 wife of owner** | **Nov. 3, 2016 - $3,000 Oct. 24, 2016 - $10,000** | **$13,000.00** | **Loan re-payments: Wendy Sirivar loaned $85,000 to the debtor on Sept. 15, 2016 and $10,000 on Jan. 23, 2017** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor’s direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Rich Nature Nutraceutical Labs, Inc. v. Sirivar et al.<br>C17-00309** | **Collection** | **Contra Costa County Superior Court<br>725 Court St.<br>Martinez, CA 94553** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Finestone Hayes LLP<br>456 Montgomery St., 20th Floor<br>San Francisco, CA 94104** | | **Dec. 14, 2016** | **$5,000.00** |

**Email or website address**
**sfinestone@fhlawllp.com**

**Who made the payment, if not debtor?**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Sehi, Inc.**<br>**P.O. Box 25**<br>**Georgetown, TX 78627** | **various inventory items - payment for assets was made directly to Redwood Credit Union** | **Feb. 2017** | **$73,496.00** |
| | Relationship to debtor<br>**none** | | | |

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Storage Facility**<br>**1971 Air Way Dr.**<br>**Hollister, CA 95023** | **Jeem Sirivar**<br>**25A Crescent Dr., #306**<br>**Pleasant Hill, CA 94523** | **shelving, office furniture and supplies** | ☐ **No**<br>■ **Yes** |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **William Wu, CPA**<br>**PRP Consulting Group**<br>**326 S. Abel St.**<br>**Milpitas, CA 95035** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **William Wu, CPA**<br>**PRP Consulting Group**<br>**326 S. Abel St.**<br>**Milpitas, CA 95035** | **prepared financial statement** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Case: 17-41362 Doc# 1 Filed: 05/23/17 Entered: 05/23/17 23:34:45 Page 28 of 38

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **William Wu, CPA**<br>**PRP Consulting Group**<br>**326 S. Abel St.**<br>**Milpitas, CA 95035** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Redwood Credit Union**<br>**Attn: Kristina Armstrong**<br>**3033 Cleveland Ave.**<br>**Santa Rosa, CA 95403** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Jeem Sirivar** | **typically taken at least once per year** | **not known** |
| | Name and address of the person who has possession of inventory records | | |
| | **N/A** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeem Sirivar** | **25A Crescent Dr., #306**<br>**Pleasant Hill, CA 94523** | **President and member of the Board** | **100% shareholder** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jeem Sirivar**<br>**25A Crescent Dr., #306**<br>**Pleasant Hill, CA 94523** | **10/14/16 - $2936; 9/30/16 - $2,936; 9/16/16 - $2,936; 8/19/16 - $2,013; 8/5/16 - $2,013; 7/22/16 - $2,013; 7/8/16 - $2,013; 6/29/16 - $2,013; 6/28/16 - $2,013**<br>**6/24/16 - $2,013** | **Expenses:**<br>**9/28/16 - $60;**<br>**7/26/16 - $71;**<br>**6/6/16 - $74** | **payroll and expense reimbursements** |
| | Relationship to debtor<br>**president and owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 23, 2017**

**/s/ Jeem Sirivar**
Signature of individual signing on behalf of the debtor

**Jeem Sirivar**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re
**Suuna Life, Inc.**

Case No.

Debtor(s). /

**CREDITOR MATRIX COVER SHEET**

I declare that the attached Creditor Mailing Matrix, consisting of **5** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **May 23, 2017**

**/s/ Stephen D. Finestone**
Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

ABC Omega, Inc
Attn: Leisha O'Sullivan
500 Seneca St., #400
Buffalo, NY 14204

Annette and Tessa Bair
2 Red Oak Crescent
Shanty Bay, Ontario, L0L 2L0
CANADA

Atradius Collections, Inc.
Attn: Kim Groberski
3500 Lacey Road, Ste. 220
Downers Grove, IL 60515

Bank of America
P.O. Box 15019
Wilmington, DE 19886

Bloomer Chocolate
P.O. Box 848153
Los Angeles, CA 90084

Brian Ricci
5151 Chelterham Terrace
San Diego, CA 92130

Cardmember Services
Chase Bank
P.O. Box 94014
Palatine, IL 60094-4014

Chase Bank
P.O. Box 94014
Palatine, IL 60094-4014

Commercial Collections
500 Virginia Dr. #514
Fort Washington, PA 19034

David Bremer
Monty White LLP
1000 Fourth St., #425
San Rafael, CA 94901

DLS Worldwide
RR Donnelley Logistics
P.O. Box 932721
Cleveland, OH 44193

Elan Financial
Cardmember Service
P.O. Box 790408
Saint Louis, MO 63179-0408

Epic Natural Sales
65 Sea Cliff Ave., Ste. 2
Glen Cove, NY 11542

Franchise Tax Board
State of California
P.O. Box 2952
Sacramento, CA 95812-5000

Grass Roots Marketing
1514 Canal St.
Springfield, OR 97477

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7316

Jeem Sirivar
25A Crescent Dr., #306
Pleasant Hill, CA 94523

Junior Sirivar
85 Boston Ave.
Toronto, Ontario M4M 2T8
CANADA

Kevin Williams
39 Jarvis, #808
Toronto, Ontarios M5E 1Z5
CANADA

National Collections
Attn: Larry Klein
1699 Woodfield Rd.
Schaumburg, IL 60173

NP Nutra
15161-15171 S. Figueroa St.
Gardena, CA 90248

Pure Earth Trading
P.O. Box 301057
Austin, TX 78703

QAL, Inc.
9191 Towne Centre Dr.
Suite 200
San Diego, CA 92122

RCI Properties - Attn: Brad Smith
P.O. Box 5127
Walnut Creek, CA 94596

Redwood Credit Union
Attn: Kristina Armstrong
3033 Cleveland Ave.
Santa Rosa, CA 95403

Rich Nature Nutraceutical Labs, Inc.
9700 Harbour Place, Ste. 128
Mukilteo, WA 98275

Shelly and Douglas Bair
2447 Castlebrook Road
Oakville, Ontario L6M
CANADA

Specialty Commodities, Inc.
P.O. Box 3628
Carol Stream, IL 60132-3628

Spins LLC
222 W. Hubbard St., Ste. 300
Chicago, IL 60654

State Board of Equalization
State of California
P.O. Box 942879
Sacramento, CA 94279-0029

Steven A. Booska
P.O. Box 194650
San Francisco, CA 94119

Sunshine Specialities
35 Rosy Finch Lane
Aliso Viejo, CA 92656

Superb Packaging, Inc.
8 Frankfurt Rd., Unit 101
Monroe, NY 10950

Tradin Organics USA, Inc.
100 Enterprise Wauy, Ste. B101
Scotts Valley, CA 95066

Tradin Organics USA, Inc.
100 Enterprise Wauy, Ste. B-101
Scotts Valley, CA 95066

True Foods Marketing
472 Ronsheimer Rd.
Penngrove, CA 94951

U.S. Bank
Attn: Brenda J. O'Toole
1310 Madrid St.
Marshall, MN 56258

Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158

Walnut Creek Land Company
609 La Vista Road
Walnut Creek, CA 94598

Wendy Sirivar
25A Crescent Dr. # 306
Pleasant Hill, CA 94523

# United States Bankruptcy Court
## Northern District of California

In re **Suuna Life, Inc.** Debtor(s)

Case No.

Chapter **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Suuna Life, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 23, 2017**
Date

**/s/ Stephen D. Finestone**
**Stephen D. Finestone 125675**
Signature of Attorney or Litigant
Counsel for **Suuna Life, Inc.**

**Finestone Hayes LLP**
**456 Montgomery St., 20th Floor**
**San Francisco, CA 94104**
**415 421-2624 Fax:415 398-2820**
**sfinestone@fhlawllp.com**

# United States Bankruptcy Court
## Northern District of California

In re **Suuna Life, Inc.** Debtor(s) Case No. ____ Chapter **7**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case ........ $ **5,000.00**
   b) Prior to the filing of this statement, debtor(s) have paid ........ $ **5,000.00**
   c) The unpaid balance due and payable is ........ $ **0.00**

3. $ **335.00** of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a. Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b. Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   c. Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: **May 23, 2017**

Respectfully submitted,

**/s/ Stephen D. Finestone**

Attorney for Debtor: **Stephen D. Finestone 125675**
**Finestone Hayes LLP**
**456 Montgomery St., 20th Floor**
**San Francisco, CA 94104**
**415 421-2624 Fax: 415 398-2820**
**sfinestone@fhlawllp.com**